# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146593

PITSCH RECYCLING & DISPOSAL, INC.
and PITSCH SANITARY LANDFILL, INC.,
        Plaintiffs-Appellants,

v

IONIA COUNTY,
        Defendant-Appellee,

and

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Defendant.

SC: 146593
COA: 302163
Ionia CC: 06-024599-CZ

_____/

      On order of the Court, the application for leave to appeal the November 1, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

p0422